**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN SCOTT TRABA,

     Plaintiff,

       v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

     Defendant.

No. 2:23-cv-05086-AJR

JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 10/30/23

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-